GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:   John_Reichmuth@fd.org

Counsel for Defendant KLINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSS KLINGER,<br><br>　　　　Defendant. | Case No.: CR 21–71085 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** |

　　IT IS HEREBY STIPULATED, by and between the parties to this action, the STATUS HEARING presently set for October 8, 2021 at 1:00 p.m. before Hon. Virginia K. DeMarchi be CONTINUED until October 29, 2021 at 1:00 p.m. before the Duty United States Magistrate.

　　The reason for this request is that the defense needs additional time to review the discovery, investigate the case, and discuss the case with Mr. Klinger prior to electing how to proceed.  The government has provided significant discovery.  Additionally, defense counsel has been set for in-person Pretrial Conference in another case in San Francisco at 1:00 PM on October 8, 2021.

　　The parties agree and stipulate that the time until October 29, 2021 should be excluded, under

18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the parties jointly request that the court find good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The continuance is necessary to accommodate defense preparation.

DATED:   October 5, 2021                    _____/S/_____
                                            JOHN PAUL REICHMUTH
                                            Assistant Federal Public Defender

DATED:   October 5, 2021                    _____/S/_____
                                            MOLLY K. PRIEDEMAN
                                            Assistant United States Attorney

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that for adequate preparation of the case by defense counsel and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, it is

ORDERED that time be excluded from October 8, 2021 until October 29, 2021 for both speedy trial purposes and the 30-day time period for indictment.

Furthermore, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court sets attorney appointment and status on preliminary hearing for October 29, 2021 at 1:00 p.m., based on the parties' showing of good cause to waive time under Rule 5.1, from October 8, 2021 until October 29, 2021, and finds good cause for

extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Accordingly, it is

ORDERED that the waiver of time under Rule 5.1 is effective from October 8, 2021 until October 29, 2021. Further, it is

ORDERED that the ATTORNEY APPOINTMENT HEARING and STATUS on PRELIMINARY HEARING presently set for October 8, 2021 at 1:00 p.m. before Hon. Virginia K. DeMarchi be CONTINUED until October 29, 2021 at 1:00 p.m. before the Duty United States Magistrate.

IT IS SO ORDERED.

DATED: October ___ 2021

_____
Hon. ROBERT M. ILLMAN
United States Magistrate Judge