STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

   1301 Clay Street
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-71085 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| ROSS KLINGER, | |
| Defendant. | |

    A status conference in the above-captioned case is scheduled for December 3, 2021. Counsel for the United States and counsel for the defendant jointly stipulate and request that that status conference be continued to January 10, 2022, and that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from December 3, 2021 to January 10, 2022.

    The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare. The government has produced significant discovery to defense counsel and is planning on producing an additional production shortly. For these reasons, the parties stipulate and agree that excluding time until January 10, 2022, will allow for the effective preparation of counsel. *See* 18 U.S.C.

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
21-MJ-71085                     1

§ 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from December 3, 2021 to January 10, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: December 2, 2021                           \_\_\_\_\_/s/\_ Molly K. Priedeman_____
                                                 MOLLY K. PRIEDEMAN
                                                 Assistant United States Attorney

DATED: December 2, 2021                           \_\_\_\_\_/s/\_ John Paul Reichmuth_____
                                                 JOHN PAUL REICHMUTH
                                                 Attorney for the Defendant

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
21-MJ-71085                                       2

**PROPOSED ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from December 3, 2021 to January 10, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 3, 2021 to January 10, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 3, 2021 to January 10, 2022, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference is continued to January 10, 2022.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
21-MJ-71085                    3