| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| 2 | Acting Federal Public Defender<br>Northern District of California |
| 3 | JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone:   (510) 637-3500 |
| 6 | Facsimile:    (510) 637-3507<br>Email:          John_Reichmuth@fd.org |
| 7 | |
| 8 | Counsel for Defendant KLINGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSS KLINGER,<br><br>Defendant. | Case No.: CR 21–71085 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |

   IT IS HEREBY STIPULATED, by and between the parties to this action, the release conditions in this case be MODIFIED to order Mr. Klinger to participate in the electronic remote alcohol monitoring program *if directed to do so by Supervising Agency* and abide by all the rules and requirements of the program at the discretion of the Supervising Agency. He must pay all or part of the costs for treatment based upon his ability to pay as determined by the Supervising Agency.

   The reason for this request is that the Pretrial Officer wishes to remove the 24-hour alcohol monitoring device but still retain the discretion to employ it and other forms of alcohol monitoring as needed, given that Mr. Klinger has tested negative for alcohol and controlled substances for his entire

period of release and the monitoring device impedes Mr. Klinger's sleep, given his nighttime work schedule.

The language of this modification was suggested and approved by Luis Trujillo, U.S. Probation and Pretrial Services Officer, C.D.Cal., who supervises Mr. Klinger.

DATED:   December 16, 2021                    _____/S/_____
                                              JOHN PAUL REICHMUTH
                                              Assistant Federal Public Defender

DATED:   December 16, 2021                    _____/S/_____
                                              MOLLY K. PRIEDEMAN
                                              Assistant United States Attorney

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, it is

ORDERED that the release conditions in this case be MODIFIED to order Mr. Klinger to participate in the electronic remote alcohol monitoring program *if directed to do so by the Supervising Agency* and abide by all the rules and requirements of the program at the discretion of the Supervising Agency. He must pay all or part of the costs for treatment based upon his ability to pay as determined by the Supervising Agency.

IT IS SO ORDERED.

DATED: December___ 2021                       _____
                                              Hon. Susan van Keulen
                                              United States Magistrate Judge