# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

## OFFENSE CHARGED

Counts One, Two, Three: 8 U.S.C. 2243(b)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 15 years' imprisonment, maximum 3 years' supervised release; $5,000 special assessment, maximum $250,000 fine

### DEFENDANT - U.S.

▶ Ross Klinger

DISTRICT COURT NUMBER: 4:22-cr-00031-JSW

**FILED**
Jan 28 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): **FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.: 21-mj-71085

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District) **NDCA**

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form: **Stephanie M. Hinds**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Molly K. Priedeman**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

Jan 28 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROSS KLINGER,<br><br>    Defendant. | CASE NO. 4:22-cr-00031-JSW<br><br>VIOLATIONS:<br>18 U.S.C. § 2243(b) – Sexual Abuse of a Ward<br><br>OAKLAND VENUE |

INFORMATION

The United States Attorney Charges:

Introductory Allegations

At all times relevant to the allegations below:

1. The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in Alameda County, California, within the Northern District of California.

2. The defendant ROSS KLINGER ("KLINGER") was employed at FCI-Dublin as a correctional officer.

3. Victim 1 was an inmate at FCI Dublin, under the custodial, supervisory, and disciplinary authority of the defendant.

4. Victim 2 was an inmate at FCI Dublin, under the custodial, supervisory, and disciplinary authority of the defendant.

INFORMATION                                        1

     5.     Victim 3 was an inmate at FCI Dublin, under the custodial, supervisory, and disciplinary authority of the defendant.

     6.     The term "sexual act" meant, among other things, contact between the penis and the vulva. 18 U.S.C. § 2246(2)(C).

## COUNT ONE
(Sexual Abuse of a Ward)

     7.     Paragraphs 1-6 are incorporated as if set forth here in full.

     8.     In approximately the week of September 28, 2020, at FCI Dublin, in the Northern District of California, the defendant

### ROSS KLINGER

knowingly engaged in a sexual act with Victim 1; to wit, he penetrated Victim 1's vulva with his penis in violation of 18 U.S.C. § 2243(b).

## COUNT TWO
(Sexual Abuse of a Ward)

     9.     Paragraphs 1-6 are incorporated as if set forth here in full.

     10.     Between approximately June 2020 and September 2020, at FCI Dublin, in the Northern District of California, the defendant

### ROSS KLINGER

knowingly engaged in a sexual act with Victim 2; to wit, he penetrated Victim 2's vulva with his penis, in violation of 18 U.S.C. § 2243(b).

## COUNT THREE
(Sexual Abuse of a Ward)

     11.     Paragraphs 1-6 are incorporated as if set forth here in full.

     12.     Between approximately March 2020 and June 2020, at FCI Dublin, in the Northern District of California, the defendant

### ROSS KLINGER

///

///

1  knowingly engaged in a sexual act with Victim 3; to wit, he penetrated Victim 3's vulva with his penis,
2  in violation of 18 U.S.C. § 2243(b).

4  DATED:  January 28, 2021            STEPHANIE M. HINDS
                                        United States Attorney

6              /s/ *Molly K. Priedeman*
               MOLLY K. PRIEDEMAN
7              Assistant United States Attorney