| | | | |
|---|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 5 mins. | |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK  Ivy Lerma Garcia | RECORDED IN ZOOM  10:24-10:29 | |
| MAGISTRATE JUDGE  DONNA M. RYU | DATE  1/31/22 | NEW CASE ☐ | CASE NUMBER  CR-22-0031-JSW |

### APPEARANCES

| DEFENDANT  ROSS KLINGER (by Video) | AGE | CUST  NO | P/NP  P | ATTORNEY FOR DEFENDANT  John Paul Reichmuth | PD. ☒  APPT. ☐ | RET. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY  Abraham Fine for Molly Priedeman | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER  Shafia Khanoon | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR BY ZOOM VIDEO CONFERENCE

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT  HELD 5 mins. | ☐ BOND HEARING | ☐ IA REV PROB. or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

### ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☒ ARRAIGNED ON INFORMATION  3 COUNTS | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |

### RELEASE

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY  $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED  ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL CTS. AGAINST HIM | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:  2/22/22 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| AT:  12:00 p.m. by Tel. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ STATUS RE: PRELIM. HRG./ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.  J. S. WHITE | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 FROM 1/31/22 TO 2/22/22 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Deft. waived his personal appear. & consented to proceed by video conf. All parties appeared by Zoom video conf. Deft's Counsel informed the court that this case eventually will be reassigned to Judge Gonzalez Rogers. Govt's Counsel has provided the Deft's Counsel with the discovery and the parties are discussing the potential resolution of this case.  cc:  Jennifer