AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-0031-JSW |
| Ross Klinger | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/31/2022

*John Paul Reichmuth, AFPD*
For Ross Klinger
*Defendant's signature*

*John Paul Reichmuth, AFPD*
*Signature of defendant's attorney*

John Paul Reichmuth, AFPD
*Printed name of defendant's attorney*

Dated: 1/31/2022
*Judge's signature*

DONNA M. RYU, United States Magistrate Judge
*Judge's printed name and title*