UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** February 10, 2022  **Time:** 2:32 p.m. - 3:03 p.m.  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-cr-00031-YGR-1  **Case Name:** UNITED STATES v. ROSS KLINGER **(PRESENT IN PERSON)**

**Attorney for Plaintiff:** Noah Stern specially appearing for Molly Priedeman
**Attorney for Defendant:** John Reichmuth

**Deputy Clerk:** Aris Garcia                          **Reported by:** Raynee Mercado

### PROCEEDINGS

**Change of Plea – HELD in person and in courtroom**
Guilty Plea to Counts 1-3 of the Information. Plea is with consent of counsel. Plea is accepted and entered.

Notes: An original plea agreement was signed and entered in Court today.

**CASE CONTINUED TO:** May 11, 2022 at 2:00 p.m. for Status Conference