| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | MOLLY K. PRIEDEMAN (CABN 302096)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3713<br>FAX: (510) 637-3724<br>Molly.priedeman@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR-21-00429 YGR |
|---|---|---|
| | ) | [FILED NOVEMBER 2, 2021] |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAY J. GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | NO. CR-22-00031 JSW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | [FILED JANUARY 28, 2022] |
| | ) | |
| v. | ) | NOTICE OF RELATED CASE IN A CRIMINAL |
| | ) | ACTION |
| ROSS KLINGER, | ) | |
| | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | NO. CR-22-00066-JST |
|---|---|---|
| | ) | |
| Plaintiff, | ) | [FILED FEBRUARY 17, 2022] |
| | ) | |
| v. | ) | NOTICE OF RELATED CASE IN A CRIMINAL |
| | ) | ACTION |
| JOHN RUSSELL BELLHOUSE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 8-1, the United States of America hereby notifies the Court that the three above-captioned criminal cases are related. In CR-21-00429, Ray J. GARCIA is charged with two counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b). The conduct occurred in 2019 and 2020 while GARCIA was the associate warden at BOP Federal Correctional Institute in Dublin (hereafter "FCI Dublin"). In CR-22-00031, Ross KLINGER is charged with three counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b). The conduct occurred in 2020 while KLINGER was a correctional officer at FCI Dublin, and GARCIA was the associate warden. In CR-22-00066, John Russell BELLHOUSE is charged with one count of sexual abuse of ward in violation of 18 U.S.C. § 2243(b). The conduct occurred in 2020, while BELLHOUSE was KLINGER's supervisor on the Safety & Recycling crew at FCI Dublin, and while GARCIA was the associate warden. Thus, all three cases involve sexual abuse of a ward at FCI Dublin during the same timeframe. Moreover, GARCIA supervised KLINGER and BELLHOUSE during the timeframe of the abuse.

The government anticipates that there will be overlap in the evidence that the government produces in these cases. All three cases arose from an investigation into FCI Dublin during the same timeframe, and many of the interviews conducted by the government, as well as other evidence, pertain to all three cases. Based upon these facts, the cases are related within the meaning of Local Criminal Rule 8-1(b)(2) because these actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges.

Pursuant to Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: February 18, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Molly Priedeman*
MOLLY PRIEDEMAN
Assistant United States Attorney