1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2  THOMAS S. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 UNITED STATES OF AMERICA,          )  NO. 22-CR-00031-YGR
                                      )
14         Plaintiff,                 )  STIPULATION AND ORDER *AS MODIFIED BY
                                      )  THE COURT* CONTINUING STATUS
15     v.                             )  CONFERENCE
                                      )
16 ROSS KLINGER,                      )
                                      )
17         Defendant.                 )
                                      )
18

19     A status conference in the above-captioned case is scheduled for May 11, 2022. Counsel for the

20 United States and counsel for the defendant jointly stipulate and request that that status conference be

21 continued to August 17, 2022.

22     The undersigned Assistant United States Attorney certifies that she has obtained approval from

23 counsel for the defendant to file this stipulation, request, and proposed order.

24 //

25 //

26 //

27 //

28

STIPULATION TO CONTINUE STATUS CONFERENCE
AND [PROPOSED] ORDER
22-CR-00031-YGR                         1

IT IS SO STIPULATED.

DATED: May 10, 2022                                /s/ Molly K. Priedeman
                                                   MOLLY K. PRIEDEMAN
                                                   Assistant United States Attorney


DATED: May 10, 2022                                /s/ JOHN PAUL REICHMUTH
                                                   JOHN PAUL REICHMUTH
                                                   Attorney for the Defendant


## ~~PROPOSED~~ ORDER AS MODIFIED BY THE COURT

With the consent of the parties, IT IS HEREBY ORDERED that the status conference be continued to August ~~17,~~ 24 2022.

IT IS SO ORDERED.


DATED: May 10, 2022                        /s/ Yvonne Gonzalez Rogers
                                           THE HONORABLE YVONNE GONZALEZ ROGERS
                                           United States District Judge