1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:       John_Reichmuth@fd.org

7

8  Counsel for Defendant KLINGER

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          **Case No.:** CR 22–00031 YGR

15          Plaintiff,                 **STIPULATION AND [PROPOSED]**
                                        **ORDER TO MODIFY RELEASE**
16        v.                           **CONDITIONS**

17  ROSS KLINGER,

18          Defendant.

19

20

21      IT IS HEREBY STIPULATED, by and between the parties to this action, that the release

22  conditions in this case be MODIFIED to: 1) strike the condition that Mr. Klinger be subject to home

23  detention with electronic monitoring; and 2) permit Mr. Klinger to travel outside of the District in

24  which he resides for purposes of employment.

25      The purposes of this proposed modification are to relax the bond conditions in recognition of

26  Mr. Klinger's compliance with this Court's Order Setting Conditions (adopting conditions set in the

27  Southern District of California) for nearly one year and to permit Mr. Klinger to take a new job that

28  requires travel out of District.  The language of this modification was approved by Gustavo Rangel,

---

STIP. AND [PROPOSED] ORDER TO CONTINUE

1    United States Pretrial Services Officer for the Northern District of California.

2

3    DATED:      June 14, 2022                    _____/S/_____
                                                  JOHN PAUL REICHMUTH
4                                                 Assistant Federal Public Defender

5

6    DATED:      June 14, 2022                    _____/S/_____
                                                  MOLLY K. PRIEDEMAN
7                                                 Assistant United States Attorney

8

9

10                               **[PROPOSED] ORDER**

11

12            Based on the reasons provided in the stipulation of the parties above, it is ORDERED that

13   the release conditions in this case be MODIFIED to: 1) strike the condition that Mr. Klinger be subject

14   to home detention with electronic monitoring; and 2) permit Mr. Klinger to travel outside of the District

15   in which he resides for purposes of employment.

16

17

18

19            IT IS SO ORDERED.

20

21

22   DATED: June____ 2022                          _____
                                                   Hon. Susan van Keulen
23                                                 United States Magistrate Judge

24

25

26

27

28

STIP. AND [PROPOSED] ORDER TO CONTINUE
                                          2