JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          John_Reichmuth@fd.org

Counsel for Defendant KLINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-cr-00031-YGR-1 |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS** |
| v. | |
| ROSS KLINGER, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be MODIFIED to: 1) strike the condition that Mr. Klinger be subject to home detention with electronic monitoring.

   The purpose of this proposed modification is to adjust the bond conditions in recognition of Mr. Klinger's compliance with this Court's Order Setting Conditions (adopting conditions set in the Southern District of California) for nearly one year. Mr. Klinger has been compliant with his release conditions and tested negative for alcohol and controlled substances. Mr. Klinger resides in the Southern District of California, where he is supervised by a local pretrial services officer, and has

traveled to the Northern District of California for legal visits and court appearances. He was ordered placed on home confinement and electronic monitoring on July 13, 2021, pursuant to a stipulation of the parties and proposed order (docket no. 11). The parties and Pretrial Services Officer do not believe it is necessary to maintain the electronic monitoring or home detention conditions. The language of this modification was approved by Gustavo Rangel, United States Pretrial Services Officer for the Northern District of California.

DATED: July 13, 2022           _____/S/_____
                                JOHN PAUL REICHMUTH
                                Assistant Federal Public Defender

DATED: July 13, 2022           _____/S/_____
                                MOLLY K. PRIEDEMAN
                                Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is

ORDERED that the release conditions in this case be MODIFIED to: 1) strike the condition that Mr. Klinger be subject to home detention with electronic monitoring.

IT IS SO ORDERED.

DATED: <u>July 14, 2022</u>

Hon. Kandis A. Westmore
United States Magistrate Judge