1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )  NO. 22-CR-00031-YGR
                                         )
14         Plaintiff,                    )  STIPULATION AND [PROPOSED] ORDER
                                         )  CONTINUING STATUS CONFERENCE
15      v.                               )
                                         )
16  ROSS KLINGER,                        )
                                         )
17         Defendant.                    )
                                         )
18

19      A status conference in the above-captioned case is scheduled for August 24, 2022. Counsel for

20  the United States and counsel for the defendant jointly stipulate and request that that status conference

21  be continued to January 11, 2023. The parties incorporate by reference previous filings in this case as a

22  basis for this continuance. The parties take the position that this matter should be resolved after other

23  related matters.

24      The undersigned Assistant United States Attorney certifies that she has obtained approval from

25  counsel for the defendant to file this stipulation, request, and proposed order.

26  //

27  //

28
    STIPULATION TO CONTINUE STATUS CONFERENCE
    AND [PROPOSED] ORDER
    22-CR-00031-YGR                         1

IT IS SO STIPULATED.

DATED: August 23, 2022                              /s/  Molly K. Priedeman
                                                    MOLLY K. PRIEDEMAN
                                                    Assistant United States Attorney

DATED: August 23, 2022                              /s/  JOHN PAUL REICHMUTH
                                                    JOHN PAUL REICHMUTH
                                                    Attorney for the Defendant

## **PROPOSED ORDER**

With the consent of the parties, IT IS HEREBY ORDERED that the status conference be continued to January 11, 2023.

IT IS SO ORDERED.

DATED: August 23, 2022                              _____
                                                    THE HONORABLE YVONNE GONZALEZ ROGERS
                                                    United States District Judge

STIPULATION TO CONTINUE STATUS CONFERENCE
AND [PROPOSED] ORDER
22-CR-00031-YGR                                2