```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS S. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-CR-00031-YGR |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ROSS KLINGER, | |
| Defendant. | |

A status conference in the above-captioned case is scheduled for January 11, 2023. Counsel for the United States and counsel for the defendant jointly stipulate and request that that status conference be continued to June 28, 2023. The parties incorporate by reference previous filings in this case as a basis for this continuance. The parties take the position that this matter should be resolved after other related matters.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: January 9, 2023                    /s/ Molly K. Priedeman
                                          MOLLY K. PRIEDEMAN
                                          Assistant United States Attorney

DATED: January 9, 2023                    /s/ JOHN PAUL REICHMUTH
                                          JOHN PAUL REICHMUTH
                                          Attorney for the Defendant

### ORDER

With the consent of the parties, IT IS HEREBY ORDERED that the status conference be continued to June 28, 2023.

IT IS SO ORDERED.

DATED: January 9, 2023                    _____
                                          THE HONORABLE YVONNE GONZALEZ ROGERS
                                          United States District Judge

STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER
22-CR-00031-YGR                                      2