UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. No objection has been timely received. As the judge assigned to cases:

USA v. Garcia, No. 21-cr-429
USA v. Klinger, No. 22-cr-31
USA v. Bellhouse, No. 22-cr-66

I find that the more recently filed case(s) that I have initialed below are related to the cases assigned to me, and such case(s) shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 22-cv-08924-JST | M.S. v. Federal Correctional Institution – Dublin, et al. | **YGR** | |
| 22-cv-05137-VKD | M.R. v. Federal Correctional Institution FCI Dublin, et al. | **YGR** | |
| 22-cv-09096-WHO | Preciado v. Bellhouse, et al. | **YGR** | |

**ORDER**

For administrative purposes, all civil actions shall be related under *M.R. v. Federal Correctional Institution FCI Dublin, et al*., No. 22-cv-05137 after that matter has been reassigned to the undersigned. Going forward, No. 22-cv-05137 will be deemed the lowest filed case for civil purposes only.

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: February 14, 2023                    By: *[signature]*
                                            Yvonne Gonzalez Rogers
                                            United States District Judge