1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   ANDREW PAULSON (CABN 267095)
5  Assistant United States Attorneys

6        1301 Clay Street, Suite 340S
         Oakland, California 94612
7        Telephone: (510) 637-3680
         FAX: (510) 637-3724
8        molly.priedeman@usdoj.gov
         andrew.paulson@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                         OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,            )   CASE NO. 4:22-cr-00031-YGR
                                         )
15            Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER TO
                                         )   UNSEAL PLEA AGREEMENT
16       v.                              )
                                         )
17  ROSS KLINGER,                        )
                                         )
18            Defendant.                 )
                                         )
19  _____ )

20

21        Plaintiff United States of America, by and through Ismail J. Ramsey, United States Attorney for

22  the Northern District of California, and Molly K. Priedeman and Andrew Paulson, Assistant United

23  States Attorneys for the Northern District of California, and the defendant, Ross Klinger, through his

24  undersigned counsel, hereby stipulate and agree as follows:

25        a)      On February 10, 2022 the defendant Ross Klinger pleaded guilty to Counts 1, 2, and 3 in

26  the Information.  The plea agreement is currently under seal.

27        b)      Trial in the case *United States v. John Russell Bellhouse*, Case No. 4:22-cr-00066-YGR,

28  is scheduled to begin on May 26, 2023.  Klinger may be called as a witness in that case.

Stip. and [Proposed] Order re Plea Agreement          1
4:22-cr-00031-YGR

THERFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the plea agreement in this case be unsealed.

**IT IS SO STIPULATED.**

ISMAIL J. RAMSEY
United States Attorney

Dated: April 13, 2023

*/s/ Andrew Paulson*
ANDREW PAULSON
MOLLY K. PRIEDEMAN
Assistant United States Attorneys

*/s/ John Paul Reichmuth*
John Paul Reichmuth
Counsel for Defendant ROSS KLINGER

**IT IS SO ORDERED.**

Dated:

HON. YVONNE GONZALEZ ROGERS
United States District Judge