1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   KATHERINE L. WAWRZYNIAK (CABN 252751)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   ANDREW PAULSON (CABN 267095)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      molly.priedeman@usdoj.gov
       andrew.paulson@usdoj.gov
9

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           OAKLAND DIVISION

14 UNITED STATES OF AMERICA,           )  NO. 4:22-cr-00031-YGR
                                       )
15         Plaintiff,                  )  STIPULATION AND [PROPOSED] ORDER
                                       )  SETTING SENTENCING AND REFERRING THE
16     v.                              )  MATTER TO U.S. PROBATION
                                       )
17 ROSS KLINGER,                       )
                                       )
18         Defendant.                  )
                                       )
19

20     A status conference in the above-captioned case is scheduled for June 28, 2023. Counsel for the

21 United States and counsel for the defendant jointly stipulate and request that this case be set for

22 sentencing on December 13, 2023 at 2:00 p.m., and that the status conference for June 28, 2023 be taken

23 off calendar.

24 ///

25 ///

26 ///

27 ///

28 ///

STIP. RE SETNENCING AND [PROPOSED] ORDER
4:22-cr-00031-YGR                                       1

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: June 27, 2023              */s/ Andrew Paulson*
                                              ANDREW PAULSON
                                              MOLLY K. PRIEDEMAN
                                              Assistant United States Attorneys

DATED: June 27, 2023              */s/ John Paul Reichmuth*
                                              JOHN PAUL REICHMUTH
                                              Attorney for the Defendant

## **[PROPOSED] ORDER**

With the consent of the parties, IT IS HEREBY ORDERED that this matter be set for sentencing on December 13, 2023 at 2:00 p.m.  This matter is referred to United States Probation for preparation of a Presentence Investigation Report.

The status conference that is set for June 28, 2023 is taken off calendar.

IT IS SO ORDERED.

DATED:_____              _____
                                              HON. YVONNE GONZALEZ ROGERS
                                              United States District Judge