JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:     (510) 637-3500
Facsimile:     (510) 637-3507
Email:         John_Reichmuth@fd.org

Counsel for Defendant KLINGER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSS KLINGER,<br><br>    Defendant. | Case No.: CR 22–00031 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be MODIFIED to: 1) permit Mr. Klinger to relocate to, and reside within, the Middle District of Pennsylvania.

   The purpose of this proposed modification is to permit Mr. Klinger to relocate to a better locale for him based on proximity to family and employment opportunities.  Mr. Klinger resides in the Southern District of California, where he is supervised by a local pretrial services officer, and has traveled to the Northern District of California for legal visits and court appearances. Mr. Klinger has complied with his release conditions for more than two years, including one year of home detention

with electronic monitoring. United States Pretrial Services Officer Carolyn Truong has been provided the address and family contact information for Mr. Klinger's proposed new residence and has contacted Mr. Klinger's family member and approved the residence. The language of this modification was approved by Officer Truong, United States Pretrial Services Officer for the Northern District of California, and based on the approval of the Pretrial Services Agency, which was conveyed via email to the government, the government joins in this stipulation.

DATED:   October 6, 2023                      _____/S/_____
                                              JOHN PAUL REICHMUTH
                                              Assistant Federal Public Defender

DATED:   October 6, 2023                      _____/S/_____
                                              ANDREW PAULSON
                                              Assistant United States Attorney

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, it is

ORDERED that the release conditions in this case be MODIFIED to: 1) permit Mr. Klinger to relocate to, and reside within, the Middle District of Pennsylvania where he shall abide by all of the other conditions of his pretrial release.

IT IS SO ORDERED.

DATED: October___ 2023                        _____
                                              Hon. Kandis A. Westmore
                                              United States Magistrate Judge