| | |
|---|---|
| 1 | JODI LINKER |
|   | Federal Public Defender |
| 2 | Northern District of California |
| 3 | JOHN PAUL REICHMUTH |
|   | Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N |
|   | 1301 Clay Street |
| 5 | Oakland, CA 94612 |
|   | Telephone:   (510) 637-3500 |
| 6 | Facsimile:   (510) 637-3507 |
|   | Email:         John_Reichmuth@fd.org |
| 7 | |
| 8 | Counsel for Defendant KLINGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 22–00031 YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| ROSS KLINGER, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING presently set for December 13, 2023 at 2:00 p.m. before Hon. Yvonne Gonzalez Rogers be CONTINUED until January 24, 2024 at 2:00 p.m.

The reason for this request is that the defense needs additional time to prepare for sentencing, including by acquiring archival records, notwithstanding the exercise of due diligence. The Probation Officer has been consulted and is available on the requested date.

The continuance is necessary to accommodate defense preparation.

DATED: October 31, 2023                                    _____/S/_____
                                                            JOHN PAUL REICHMUTH
                                                            Assistant Federal Public Defender

DATED: October 31, 2023                                    _____/S/_____
                                                            ANDREW PAULSON
                                                            Assistant United States Attorney

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, it is

ORDERED that the SENTENCING HEARING presently set for December 13, 2023 at 2:00 p.m. before Hon. Yvonne Gonzalez Rogers be CONTINUED until January 24, 2024 at 2:00 p.m.

IT IS SO ORDERED.

DATED: _____ 2023                                        _____
                                                            Hon. Yvonne Gonzalez Rogers
                                                            United States District Judge