JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          John_Reichmuth@fd.org

Counsel for Defendant KLINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 22–00031 YGR |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| ROSS KLINGER, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING presently set for December 13, 2023 at 2:00 p.m. before Hon. Yvonne Gonzalez Rogers be CONTINUED until January 24, 2024 at 2:00 p.m.

    The reason for this request is that the defense needs additional time to prepare for sentencing, including by acquiring archival records, notwithstanding the exercise of due diligence. The Probation Officer has been consulted and is available on the requested date.

The continuance is necessary to accommodate defense preparation.

DATED: October 31, 2023          _____/S/_____
                                 JOHN PAUL REICHMUTH
                                 Assistant Federal Public Defender


DATED: October 31, 2023          _____/S/_____
                                 ANDREW PAULSON
                                 Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, it is

ORDERED that the SENTENCING HEARING presently set for December 13, 2023 at 2:00 p.m. before Hon. Yvonne Gonzalez Rogers be CONTINUED until January 24, 2024 at 2:00 p.m.

IT IS SO ORDERED.

DATED: __11/1/__ 2023            _____
                                 Hon. Yvonne Gonzalez Rogers
                                 United States District Judge