# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Person Under Supervision

**Person Under Supervision**  
Ross Klinger

**Docket Number**  
0971 4:22CR00031-001 YGR

**Name of Sentencing Judge:** The Honorable Yvonne Gonzalez Rogers  
United States District Judge

**Date of Original Sentence:** January 24, 2024

**Original Offense:** Counts One through Three, 18 U.S.C. § 2243(b), Sexual Abuse of a Ward, Class C Felonies

**Original Sentence:** Time Served. This term consists of terms of time served on each of Counts One through Three, to be served concurrently. Five (5) years of supervised release on each of Counts One, Two, and Three, all such terms to run concurrently.

**Special Conditions:** $300 Special Assessment; $15,000 JVTA; Must not have any contact with Victim-1, Victim-2, and Victim-3; Must undergo an assessment for mental health treatment services; Expanded search to include electronic devices; residence and employment approved by probation officer; Must register with the state sex offender registration agency as required by state law; Must participate in outpatient sex offense-specific treatment program; Must submit to polygraph testing as recommended by the treatment provider; Must participate in an outpatient program of testing and treatment for alcohol abuse, as directed by the probation officer; Must abstain from the use of all alcoholic beverages; and must participate in Location Monitoring Program as directed by the probation officer for a period of 365 days.

**Prior Form(s) 12:** N/A

Mr. Klinger commenced his term of supervised release in the Middle District of Pennsylvania. Jurisdiction of his case remains in the Northern District of California. However, on March 14, 2024, the probation officer requested a Transfer of Jurisdiction to the Middle District of Pennsylvania, as client will remain in that district for the foreseeable future and does not plan on returning to our district.

RE:   Klinger, Ross   2
      0971 4:22CR00031-001 YGR

**Type of Supervision**  
Supervised Release

**Date Supervision Commenced**  
January 24, 2024

**Assistant U.S. Attorney**  
Molly Priedeman & Andrew Jay Paulson

**Date Supervision Expires**  
January 23, 2029

**Defense Counsel**  
John Paul Reichmuth (AFPD)

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe the person under supervision violated special condition number nine, which state he must abstain from the use of all alcoholic beverages. |

Mr. Klinger admitted and tested positive for the usage of alcohol.

On February 2, 2024, the probation officer in the Middle District of Pennsylvania met with Mr. Klinger at his listed residence, for the purpose of installing the court ordered Location Monitoring Program equipment. Prior to the installation, Mr. Klinger submitted a urine specimen which was positive for alcohol. Mr. Klinger subsequently admitted to consuming "a few beers" on February 1, 2024.

Evidence of this violation conduct can be found in the Middle District of Pennsylvania Request for Transfer of Jurisdiction Report, dated March 8, 2024.

### Action Taken and Reason

The purpose of this report is to notify Your Honor of Mr. Klinger's noncompliance at the commencement of supervision. Additionally, Mr. Klinger plans on remaining in the Middle District of Pennsylvania for the foreseeable future. The probation officer has submitted a Transfer of Jurisdiction Request to Your Honor for review and processing to the Middle District of Pennsylvania. Therefore, the probation officer respectfully requests Your Honor take Judicial Notice of the violation conduct and allow Mr. Klinger to continue on supervised release under his current terms and conditions. After the Transfer of Jurisdiction is accepted, all future violation notices will be handled by the Middle District of Pennsylvania.

RE: Klinger, Ross 3
0971 4:22CR00031-001 YGR

Respectfully submitted,                          Reviewed by:

_____                      _____
Malik Ricard                                     Juan F. Ramirez
United States Probation Officer Specialist       Supervisory U.S. Probation Officer
Date Signed: April 2, 2024

THE COURT ORDERS:

[X]  The Court concurs and takes judicial notice
[ ]  Submit a request to modify supervision
[ ]  Submit a request for a warrant
[ ]  Submit a request for summons
[ ]  Other:

____April 3, 2024_____              _____
Date                                             Yvonne Gonzalez Rogers
                                                 United States District Judge