PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
0971 4:22CR00031-1YGR

DOCKET NUMBER *(Rec. Court)*
4:24-cr-00104

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE
Ross Klinger

Lykens, Pennsylvania

DISTRICT
Northern District of California

DIVISION
Oakland

NAME OF SENTENCING JUDGE
The Honorable Yvonne Gonzalez Rogers

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 01/24/2024 | 01/23/2029 |

OFFENSE
Counts One through Three 18 U.S.C. § 2243 (b) Sexual Abuse of a Ward

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The client has ties to the Middle District of Pennsylvania and will not be returning to the Northern District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 14, 2024
*Date*

YVONNE GONZALEZ ROGERS
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Pennsylvania

IT IS HEREBY ORDERED that jurisdiction ~~over the~~ above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 18, 2024
*Effective Date*

*United States District Judge*

Prepared by: 'cq